PROB 12B
(04/08)

August 15, 2012

# UNITED STATES DISTRICT COURT
# FOR THE
# SOUTHERN DISTRICT OF CALIFORNIA

FILED
2012 AUG 21  AM 10: 56
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____DEPUTY

**Request for Modifying the Conditions or Term of Supervision**
(Probation Form 49, Waiver of Hearing is Attached)

**Name of Offender:** David Michael Mccammon (English)   **Dkt No.:** 10CR04553-001-BTM

**Name of Sentencing Judicial Officer:** The Honorable Barry Ted Moskowitz, Chief U.S. District Judge

**Sentence:** 18 months custody; 3 years supervised release *(Special Conditions: Refer to Judgment and Commitment Order.)*

**Modification(s):** May 29, 2012: Placement in a Residential Reentry Center (RRC) for up to 180 days. June 7, 2012: The offender is to be released from the RRC forthwith, as directed by the probation officer.

**Date of Sentence:** March 4, 2011

**Date Supervised Release Commenced:** March 12, 2012

**Prior Violation History:** Yes. See prior court correspondence.

---

## PETITIONING THE COURT

### TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

**Reside in a Residential Reentry Center (RRC) as directed by the probation officer for a period of up to 120 days, this condition terminates with entry into a residential drug treatment program.**

**Complete a residential drug treatment program.**

### CAUSE

Mr. McCammon is currently struggling with compliance as he has failed to report for drug testing on two occasions, tampered with his sweat patch on two occasions, admitted to using methamphetamine once and marijuana twice, and most recently was terminated from the sober living home.

Mr. McCammon was terminated from the sober living home after he brought in a female friend into the facility without permission. On July 31, 2012, a noncompliance meeting was held at the U.S. Probation Office with the offender. At the conclusion of the meeting, it was agreed that the most appropriate course of action was for Mr. McCammon to begin participating in mental health services, and enter the RRC pending entrance in a residential drug treatment program. Mr. McCammon understands that the current waiting list for the RRC is 3-6 weeks, so he is trying to enter a drug detoxification center which has a shorter waiting list and will also assist his transition to a residential drug treatment program after the 7-15 days of detox. The RRC placement will be held in abeyance should Mr. McCammon successfully enter detox followed by a residential drug treatment program. The offender and I believed that said modifications will assist him in his sobriety.

PROB 12B

Name of Offender: David Michael Mccammon     August 15, 2012
Docket No.: 10CR04553-001-BTM     Page 2

---

Mr. Mcammon has agreed to the above modifications as evidenced by his signature on the attached waiver. He is fully aware that any further noncompliance will result in notification to the Court with recommendation of a more punitive and correctional sanction.

Respectfully submitted:

by _____
Carlos Hernández
Senior U.S. Probation Officer
(619) 446-3541

Reviewed and approved:

_____
Robert J. Walford
Supervising U.S. Probation Officer

Attachments: _____

**THE COURT ORDERS:**

 ✓ The Modification of Conditions as Noted Above

_____ Other _____

_____
The Honorable Barry Ted Moskowitz
Chief U.S. District Judge

8-18-2012
Date